IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGNATURE FINANCIAL LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SHRI VIGHNESHWAR LLC, et al.,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 23-310 |

### ORDER

**AND NOW**, this 9th day of February 2024, upon consideration of Signature's unopposed Motion for Default Judgment (ECF 16), it is hereby **ORDERED** that the **GRANTED** in part and **DENIED** in part. It is further **ORDERED** as follows:

1. The Clerk is directed to enter judgment in favor of Signature Financial LLC and against Shri Vighneshwar LLC, Shri Ballaleshwar LLC, Shri Chintamani LLC, Shri Girijatmaj LLC, Shri Mayureshwar LLC, Shri Siddhatek LLC, Shri Varadavinayak LLC, Shri Mahaganapati LLC, Jignesh N. Pandya, Mital J. Pandya, Rohan Management Services, Inc., Ronak Foods Management, LLC, Sri Prathamesh LLC, 401 Kokomo LLC, 839 Greenwood LLC, 1520 Shadeland LLC, 2950 Madison LLC, 3605 Kentucky LLC, 3807 Washington LLC, and 6742 82nd Street LLC, jointly and severally, as to Counts I through VIII and Counts XVII through XXVIII of Signature Financial LLC's Complaint (ECF No. 1), in the amount of 2,354,734.86, with post-judgment interest to accrue at the statutory rate set by 28 U.S.C. § 1961;

2. Signature's motion to obtain possession of the collateral is **DENIED** without prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.